7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ransom P. Ward
*Debtor*

*Bankruptcy Case No.*
00−44491−ABF7

**Ransom P. Ward**
   Plaintiff(s)

*Adversary Case No.*
15−04075−abf

v.

**ACS Services**
**Educational Credit Management Corporation**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That Judgment is entered in favor of Defendant Educational Credit Management Corporation. Each party to bear its own costs.



Paige Wymore−Wynn
Acting Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 3/23/16

Court to serve